# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONICO J. QUIROGA, | Case No. 1:15-cv-01203 DLB |
| Plaintiff, | ORDER DENYING MOTION TO AMEND AS MOOT (Document 16) |
| v. | |
| FOOD SERVICE, | ORDER DENYING MOTION FOR SUBPOENA WITHOUT PREJUDCE (Document 17) |
| Defendant. | |

Plaintiff Monico J. Quiroga ("Plaintiff"), an inmate in the custody of the Kern County Sheriff's Department, is proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.[1]

Pursuant to Court order, Plaintiff filed his First Amended Complaint on February 22, 2016. Also on February 22, 2016, Plaintiff filed a motion to amend his complaint and a motion for the issuance of a subpoena to discover the identity of a Doe Defendant.

Plaintiff's motion to amend is actually Plaintiff's explanation for filing a late amended complaint. Plaintiff's amended complaint was timely based on re-service at his new place of incarceration, and it has been accepted and filed. The motion is DENIED AS MOOT.

///

///

---

[1] Plaintiff consented to the jurisdiction of the United States Magistrate Judge on November 2, 2015.

As to Plaintiff's motion for a subpoena to discover the identity of the sole Defendant, his motion is premature. Plaintiff may ultimately be entitled to discovery to determine Defendant's identity, but the Court will not permit such discovery unless and until it determines that Plaintiff's First Amended Complaint states a claim for relief. In other words, the Court must first screen the First Amended Complaint before it allows any discovery. Accordingly, Plaintiff's motion is DENIED WITHOUT PREJUDICE.

IT IS SO ORDERED.

   Dated:   **February 26, 2016**          /s/ *Dennis L. Beck*
                                                      UNITED STATES MAGISTRATE JUDGE